UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JOCELYN PIERRE,

        Plaintiff,

v.

NASSAU NAIL SPA NYC INC.,
HENRYK DMOCHOWSKI, and
WIESLAWA DMOCHOWSKI,

        Defendants.

**STIPULATION OF DISCONTINUANCE**
**Pursuant FRCP 41(a)(1)(A)(ii)**

Civil Case No.: 1:24-cv-01413-NCM-VMS

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of this action, that this action, together with all claims, counterclaims and cross-claims be, and the same hereby are **discontinued with prejudice,** without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court. Facsimile signatures shall be deemed originals; this stipulation may be signed in counterparts.

Dated: New York, New York
       May 23, 2024

**THE MARKS LAW FIRM, P.C.**

By: _____
    Darren R. Marks, Esq.
    155 East 55th Street, Suite 4H
    New York, NY 10022
    Telephone: (646) 960-7820
    Email: darren@markslawpc.com
*Attorneys for Plaintiff Jocelyn Pierre*

**DAJKA & POPLAWSKI, PLLC**

By: _____
    Damian Dajka, Esq.
    160 Noble Street
    Brooklyn, NY 11222
    Tel.: 718)-383-0909
    Email: damian@dajkapoplawski.com
*Attorneys for Defendants Nassau Nail Spa NYC Inc., Henryk Dmochowski, and Wieslawa Dmochowski*